# Exhibit A

EEOC Form 161 (1/08)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Janine L. Gentile
2901 Garrett Dr.
Ft Collins, CO 80526

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2020-01184 | Philip Gross, Supervisory Investigator | (303) 866-1341 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

For _____   09/23/20
Amy Burkholder,                   (Date Mailed)
Director, Denver Field Office

Enclosure(s)

cc: COLORADO STATE UNIVERSITY

Enclosure with EEOC Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90- day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# Exhibit B

# Designation Notice
(Family and Medical Leave Act)

Academic Faculty, Administrative Professionals,
Veterinary and Clinical Psychology Interns,
Post Doctoral Fellows
**HUMAN RESOURCES**

**Instructions:** You must inform the employee of any leave that will be counted against their FMLA leave entitlement by providing them with this Designation Notice. Complete this notice when you have determined whether leave is covered under the FMLA after reviewing the supporting certification. If the certification is incomplete or insufficient, this designation form must state what additional information is necessary to make the certification complete and sufficient. Departments must send copies of FMLA information to the Human Resources Benefits Unit.

DATE OF NOTIFICATION: 2/28/19

TO: Janine Gentile                           Oracle Employee ID#: 3209

FROM: Jackie Swaro, Benefits Administrator    Department: Human Resources
(Department Representative)

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided. We received your most recent information on __2/21/19__ and decided:
(Date)

[X] Your FMLA leave request is **approved**. All leave taken for this reason will be designated as FMLA leave beginning __2/21/19__.
(Date)

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your leave entitlement:

- [ ] Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your leave entitlement: _____
  (Duration of FMLA Leave – Days or Hours)

- [X] Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period). Estimated frequency of flare-up: 1 time per month, up to 14 days per episode, for up to 480 hours.

Please be advised:

- **Substitution of Paid Leave** – According to CSU Policy, while on FMLA leave you are required to use your accumulated paid sick and annual leave prior to being placed on leave without pay, as stated in the Academic Faculty/Administrative Professional Manual available at: http://www.facultycouncil.colostate.edu/files/manual/table.html. Paid leave runs concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Your FMLA entitlement will run concurrently with all paid and unpaid leave time.

- **Medical Recertification** – You [X] will or [ ] will not be required to furnish additional medical certificates when the condition or leave duration is **more than** 30 days (i.e. period employee is unable to work continuously or intermittently) as indicated below:
  - [ ] Upon expiration of period of incapacity specified on certification.
  - [X] Every 6 months in connection with an absence (may not request recertification every 30 days in connection with an absence.)

- **Fitness for Duty Certificate** – You [ ] will or [X] will not be required to present written certification from your medical provider of your fitness to resume your employment. If such certification is not timely received, your return to work may be delayed until the required certification is provided. A list of the essential functions of your position [ ] is [X] is not attached. If attached, the fitness-for-duty certification must address your ability to perform these functions.

Additional information is needed to determine if your FMLA leave request can be approved:

- [ ] The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave request. You must provide the following information no later than _____, (provide at least seven calendar days from the Date of Notification), unless it is not practical under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.
  (Specify information needed to make the certification complete and sufficient): _____

- [ ] Your FMLA Leave request is **Not Approved**.
- [ ] You have exhausted your FMLA leave entitlement in the applicable 12-month period.
- [ ] FMLA does not apply to your leave request.

**Colorado State University**  **MyHR** Working Together

555 S. Howes Street, 2nd Floor | Campus Delivery 6004
Fort Collins, CO 80523-6004
www.hrs.colostate.edu | (970) 491-MyHR (6947)

# Exhibit C



**COLLEGE OF VETERINARY MEDICINE**
**AND BIOMEDICAL SCIENCES**
Office of the Dean
1601 Campus Delivery
Fort Collins, CO 80523-1601
Voice: 970.491.7051  Fax: 970.491.2250
www.cvmbs.colostate.edu

August 22, 2019

Janine Gentile
2901 Garrett Drive
Fort Collins, CO 80526

Dear Janine,

As noted in a previous letter to you dated July 29, 2019, the College of Veterinary Medicine and Biomedical Sciences (CVMBS) has been considering whether to recommend termination of your employment/position with the CVMBS Information Technology unit at Colorado State University (CSU) to President Joyce McConnell. You provided a written response to this letter on August 12, 2019, to which Jon Stocking in turn responded.

After reviewing all relevant information, including the written response you submitted, I have come to the difficult decision of recommending that your employment/position with CSU be terminated. As required by Section D.5.6 of the Academic Faculty and Administrative Staff Manual, I will be recommending the elimination of your position to President McConnell, with an effective date of October 11, 2019.

We regret having to make this difficult decision. You will be notified of the decision made as soon as it is received.

Sincerely,

Dr. Mark Stetter
Dean
College of Veterinary Medicine and Biomedical Sciences

*Helping animals, people and the planet*

Exhibit D



**COLORADO OF VETERINARY MEDICINE AND BIOMEDICAL SCIENCES**

Office of the Dean
1601 Campus Delivery
Fort Collins, CO 80523-1601
Voice: 970.491.7051  Fax: 970.491.2250
www.cvmbs.colostate.edu

September 9, 2019

Janine Gentile
2901 Garrett Drive
Fort Collins, CO 80526

Dear Janine:

As you are aware, the recommendation to eliminate your position with Colorado State University was made to President Joyce McConnell. President McConnell has approved the recommendation and has authorized me to inform you of his decision. Your last day of employment with CSU will be October 11, 2019.

Please work with Jon Stocking, Kacie Reed and/or Kristy Moreno, HR Coordinator for the CVMBS College Office, on the return of all University property in your custody or control, including but not limited to, computer, keys, cell phone, VTH badge, key fob, etc. Such property must be returned on or before October 11, 2019.

While this is an especially difficult decision, please know that all of your work in support of CSU, CVMBS and its programs is appreciated. We value your contributions to the institution, and you are welcome to pursue other available employment opportunities at CSU now or in the future.

Sincerely,

Dr. Mark Stetter
Dean, College of Veterinary Medicine and Biomedical Sciences

*Helping animals, people and the planet*