## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03751-STV

Janine L. Gentile,

    Plaintiff,

v.

Colorado State University,

    Defendant.

## ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>Janine L. Gentile</u>

    Undersigned counsel enters a limited appearance to represent the pro se party(ies) in this action at her request for the limited purpose of representing her at the March 9, 2021, Scheduling Conference (or at a subsequent Scheduling Conference, if the current one is rescheduled).

    I hereby certify that my client, Janine L. Gentile, approves the limited representation.

DATED at Denver, Colorado this 19th day of February, 2021.

*s/ Jeremy T. Jonsen*
Jeremy T. Jonsen, #48859
ALLEN VELLONE WOLF
HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Phone Number: (303) 534-4499
jjonsen@allen-vellone.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel who have entered an appearance.

*s/ Lisa A. Vos*