IN THE UNITED STATES DISTRICT C IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03751-STV

JANINE L. GENTILE,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY,

    Defendant(s).

**DEFENDANT BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM'S RESPONSE TO PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE [ECF No. 50]**

Defendant, Board of Governors for Colorado State, through undersigned counsel, hereby submits its response to Plaintiff's Motion for Settlement Conference, ECF No. 50.

1. On January 24, 2022, Plaintiff filed her Motion for Settlement Conference.

2. The Court ordered Defendant to respond to the Motion by February 7, 2022.

3. The Court then extended the time for Defendant to respond, up to and including February 15, 2022.

4. Defendant now joins Plaintiff's Motion and requests the Court refer this matter for court-sponsored mediation.

WHEREFORE, CSU respectfully requests this Court refer this matter for court-sponsored mediation.

Respectfully submitted this 9th day of February 2022.

          PHILIP J. WEISER
          Attorney General

          *s/Lauren Davison*
          AMY C. COLONY*
          JACOB W. PAUL*
          Senior Assistant Attorneys General
          LAUREN DAVISON*
          Assistant Attorney General
          Civil Litigation and Employment Law Section
          Attorneys for Defendant
          1300 Broadway, 10th Floor
          Denver, Colorado 80203
          Telephone:  720-508-6000
          amy.colony@coag.gov
          jacob.paul@coag.gov
          lauren.davison@coag.gov
          *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANT BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM'S RESPONSE TO PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE [ECF No. 50]** was served upon all parties herein by e-filing with the CM/ECF system maintained by the Court, this 9th of February 2022, addressed as follows:

*Pro Se Plaintiff*
Janine Gentile
2901 Garrett Drive
Fort Collins, CO 80526
j9gentile@gmail.com

s/ *La'Tasha Carter*