IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03751-STV

JANINE L. GENTILE,

Plaintiff,

v.

COLORADO STATE UNIVERSITY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     This case has recently been assigned to the undersigned magistrate judge for settlement purposes. It is hereby **ORDERED** that the parties shall **jointly** contact chambers (303-335-2403) on or before February 18, 2022 to schedule a Settlement Conference.

Date: February 14, 2022