IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03751-STV

JANINE L. GENTILE,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY

    Defendant.

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The Parties, by and through their respective counsel, hereby request the Court extend discovery deadlines in this case as follows:

- That the Parties' respective deadlines to respond to written discovery requests be extended to April 22, 2022.[1]
- That the discovery cut-off date be extended from March 24, 2022, to May 13, 2022.
- That the dispositive motion deadline be extended from May 24, 2022, to June 24, 2022.
- That the final pretrial conference be reset from June 22, 2022, to a date and time convenient for the Court.

As grounds therefore, the Parties state as follows:

---

[1] Both Parties have issued written discovery requests that have various deadlines. Rather than extend each deadline separate, the Parties wish to consolidate the deadline for all written discovery requests.

1. This is the first request to extend discovery deadlines.

2. The parties have scheduled a mediation for April 4, 2022. To avoid expending potentially unnecessary time and costs conducting discovery, the Parties wish to extend the current deadlines as stated above.

3. Trial has not yet been scheduled in this matter, and the requested extension will not impact any other deadlines.

4. No parties will be prejudiced by the granting of this motion.

WHEREFORE, the Parties respectfully request the Court enter an order extending the discovery deadlines in this case as set forth above.

Respectfully submitted this 17th day of February, 2022

|  | PHILIP J. WEISER<br>Attorney General |
|---|---|
| *s/ Janine Gentile* | *s/ Lauren Davison* |
| *Pro Se Plaintiff* | Lauren Davison* |
| Janine Gentile | Assistant Attorney General |
| 2901 Garrett Drive | Amy C. Colony* |
| Fort Collins, CO 80526 | Jacob W. Paul* |
| Phone: (970) 391-3961 | Senior Assistant Attorneys General |
| Email: j9gentile@gmail.com | 1300 Broadway, 10th Floor |
|  | Denver, CO  80203 |
|  | Telephone: 720-508-6593 or 6595 |
|  | Email: amy.colony@coag.gov |
|  | Jacob.paul@coag.gov |
|  | Lauren.davison@coag.gov |
|  | *Attorneys for Defendant* |
|  | *Counsel of Record |

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing **JOINT MOTION TO EXTEND DISCOVERY DEADLINES** was served upon all parties herein by e-filing with the CM/ECF system maintained by the Court, this 17th of February 2022, addressed as follows:

*Pro Se Plaintiff*
Janine Gentile
2901 Garrett Drive
Fort Collins, CO 80526
j9gentile@gmail.com

                                                s/ *La'Tasha Carter*