IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03751-STV

JANINE L. GENTILE,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY

    Defendant.

## NOTICE OF STIPULATED DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Janine L. Gentile and Defendant Board of Governors of Colorado State University, by and through their respective counsel, hereby stipulate that the Parties have reached a full and final settlement agreement in this case and that all claims in this matter should be dismissed, with prejudice, with each party to pay its own costs and attorney fees.

Respectfully submitted this 21st day of September 2022.

                                                PHILIP J. WEISER
                                              Attorney General

| *s/ Janine Gentile* | *s/ Lauren Davison* |
|---|---|
| *Pro Se Plaintiff* | Lauren Davison* |
| Janine Gentile | Assistant Attorney General |
| 2901 Garrett Drive | Amy C. Colony* |
| Fort Collins, CO 80526 | Jacob W. Paul* |
| Phone: (970) 391-3961 | Senior Assistant Attorneys General |
| Email: j9gentile@gmail.com | 1300 Broadway, 10th Floor |
| | Denver, CO  80203 |
| | Telephone: 720-508-6593 or 6595 |
| | Email: amy.colony@coag.gov |
| | Jacob.paul@coag.gov |

Lauren.davison@coag.gov
*Attorneys for Defendant*

*Counsel of Record

# CERTIFICATE OF SERVICE

I certify that I served the foregoing **NOTICE OF STIPULATED DISMISSAL** was served upon all parties herein by e-filing with the CM/ECF system maintained by the Court, this 21st day of September 2022, addressed as follows:

*Pro Se Plaintiff*
Janine Gentile
2901 Garrett Drive
Fort Collins, CO 80526
j9gentile@gmail.com

s/ *La'Tasha Carter*

2